Stephen CURTISS, Plaintiff–Appellant

v.

John McCORMALLY, Assistant Attorney General, Defendant.

Charles Palmer, Director of Department of Human Services, Defendant–Appellee.

Steve Addington, Attorney, Defendant.

Bob Stout; Jason Smith, Defendants–Appellees.

No. 15–1653.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 16, 2015.

Filed: Dec. 3, 2015.

Stephen Curtiss, Cherokee, IA, pro se.

Pamela Ann Wingert, Wingert Law Office, Spirit Lake, IA, Plaintiff–Appellant.

Gretchen Kraemer, Attorney General's Office, Des Moines, IA, Defendant–Appellee.

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Stephen Curtiss appeals from the order of the District Court[1] granting summary

---

1. The Honorable Ralph R. Erickson, Chief Judge, United States District Court for the District of North Dakota.

1. The late Honorable Donald E. O'Brien, United States District Judge for the Northern District of Iowa.

judgment to defendants on his 42 U.S.C. § 1983 complaint alleging that Iowa officials unlawfully detained him after a state court ordered him released from his involuntary commitment at the Civil Commitment Unit for Sex Offenders (CCUSO). We conclude that the District Court properly granted summary judgment. *See Crain v. Bd. of Police Comm'rs,* 920 F.2d 1402, 1405–06 (8th Cir.1990) (standard of review).

AFFIRMED. *See* 8th Cir. R. 47B.